IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-077-11 |
| | * | |
| VINCENT COLLEY | * | |

**O R D E R**

On October 24, 2016, Defendant Vincent Colley filed a motion to reduce his sentence pursuant to Amendments 782 and 794 to the United States Sentencing Guidelines. Amendment 782 implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in U.S.S.G. § 2D1.1. This amendment took effect on November 1, 2014. Amendment 794 sets out new guidelines for the determination of whether a defendant should be granted a mitigating role reduction under U.S.S.G. § 3B1.2. This amendment took effect on November 1, 2015. Thus, Defendant, who was sentenced on August 16, 2016, already had the full benefit of the changes occasioned by both Amendment 782 and Amendment 794. Accordingly, the motion to reduce (doc. 486) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA